

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,

vs.

B. SILBER, et al.,

    Defendants.

Case No. 3:13-cv-00620-RCJ-VPC

**ORDER**

    Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has not submitted an application to proceed <u>in forma pauperis</u>. However, on at least three occasions this court has dismissed actions commenced by plaintiff while he was a prisoner because they were frivolous or malicious or because they failed to state a claim upon which relief can be granted.[1] Plaintiff cannot proceed <u>in forma pauperis</u> in this action unless he is in imminent danger of serious physical injury. <u>See</u> 28 U.S.C. § 1915(g). Plaintiff has not alleged, and the subject matter of this action does not indicate, that he is in imminent danger of serious physical injury. Plaintiff must pre-pay the filing fee in full.

    IT IS THEREFORE ORDERED that plaintiff shall pay the full filing fee of three hundred fifty dollars ($350.00) within thirty days of the date that this order is entered. Failure to comply with this order will result in the dismissal of this action.

---

[1] <u>See</u> <u>Ochoa v. Cook</u>, 3:02-cv-00450-DWH-RAM; <u>Ochoa v. Willis</u>, 3:02-cv-00545-ECR-VPC; <u>Ochoa v. Putter</u>, 3:10-cv-00364-HDM-RAM.

1  IT IS FURTHER ORDERED that the clerk of the court shall provide plaintiff with two
2 copies of this order. Plaintiff is ordered to make the necessary arrangements to have one copy of
3 this order attached to the check in the amount of the designated fee.
4  Dated: This 19th day of November, 2013.

ROBERT C. JONES
Chief United States District Judge